**FILED**
**SEP 1 9 2019**
CLERK, U.S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff, | )<br>)<br>) |
| v. | ) CRIMINAL NO.: **A19CR 213RP** |
| | )<br>) |
| DONOVAN SMITH,<br>BOOKING# 19-20080,<br>　　　　Defendant. | )<br>)<br>)<br>) |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America and respectfully represents that the above case is set for court proceedings on the **3rd** day of **October**, 2019; that the Defendant is incarcerated and is now in the custody of the Travis County Correctional Complex, 3614 Bill Price Road, Del Valle, Texas, 78617.

WHEREFORE, the government prays that this Court issue an order directing the Clerk of the Court to issue a Writ of Habeas Corpus Ad Prosequendum addressed to the Travis County Correctional Complex, 3614 Bill Price Road, Del Valle, Texas, 78617, commanding it to surrender the said Defendant into the custody of the United States Marshal for the Western District of Texas, or his duly authorized representative, and directing said Marshal to bring said Defendant to Austin, Texas, on **October 3rd**, 2019, at **11** A.M. for the purpose of said proceedings, and any further proceedings to be had in this cause.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　JOHN F. BASH
　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　　　　　　　　*Sharon Pierce* (signature)
　　　　　　　　　　　　　　　　　　SHARON PIERCE
　　　　　　　　　　　　　　　　　　Assistant U. S. Attorney
　　　　　　　　　　　　　　　　　　903 San Jacinto Blvd., Suite 334
　　　　　　　　　　　　　　　　　　Austin, Texas　78701
　　　　　　　　　　　　　　　　　　Office　(512) 916-5858
　　　　　　　　　　　　　　　　　　Fax　　 (512) 916 5854