UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO:  AU:19-CR-00213(1)-RP |
| | § | |
| (1) Donovan Smith | § | |

### ORDER

It is **ORDERED** that the Motion Sealed ExParte (Doc. 282) filed on July 7, 2022, is hereby **REFERRED** to United States Magistrate Judge Susan Hightower for resolution pursuant to 18 U.S.C. § 3006A(b), 28 U.S.C. § 636(b)(1)(B), and Rule 44 of the Federal Rules of Criminal Procedure.

SIGNED this 12th day of July, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE