United States District Court
Western District of Texas
Austin Division

United States of America,
    Plaintiff,

v.                                   No. A-19-CR-213(1)-RP

Donovan Smith (1),
    Defendant.

**United States' Exhibit List for Sentencing on November 17, 2022**

| Exhibit # | Description | Admitted |
|---|---|---|
| 1 | ATF Reports of Investigation 22 and 7  Bell County Home Burglary | |
| 2 | ATF Report of Investigation 20 Collin County Home Burglary | |
| 3 | Benbrook Home Burglary Police Narrative | |
| 4 | 1999 New Mexico Statute 30-2-1 | |
| 5 | Donovan Smith Booking/Arrest Photos | |
| 6 | SMITHMotiontoRevokeSRNDTX | |
| 7 | SMITHJudgmentREVO | |
| 9 | SmithRevocation2Transcript. | |
| 16 | Photograph of Buick | |
| 55 | Photo - Savage, 820B 12-gauge shotgun, with custody | |
| 103 | Photo - Unit No. 119 - LV purse, closeup gun holster and walkie-talkie-6328 | |
| 105 | Photo - Unit No. 119 - closeup of box spring with 4 firearms-6334 | |
| 133 | Photo - Buick center console white leather glove-6532 | |
| 134 | Photo - Buick interior contents 2 Texas license plates-6535 | |
| 136 | Photo - Unit No. 119 - 2 walkie-talkies-6565 | |
| 151 | Photo - shotgun 12 Gauge-1387 | |
| 152 | Photo - shotgun 12 Gauge closer-1388 | |
| 153 | Photo -shotgun 12 Gauge barrel with measuring tape-1389 | |

| | | |
|---|---|---|
| 154 | Photo -- shotgun 12-gauge barrel with measuring tape upright view-1391 | |
| 155 | Evidence - shotgun 12-gauge barrel with measuring tape closer to barrel-1392 | |
| 229 | Austin Police Department seized property inventory search warrant No. 18092207 | |
| 233 | National Firearm Registration and Transfer Record Search Certificate - Donovan Smith | |

Respectfully submitted,

Ashley C. Hoff
United States Attorney

*/s/Sharon S Pierce*
Sharon S. Pierce
Assistant United States Attorney
903 San Jacinto, Suite 334
Austin, Texas 78701
(512) 916-5858 (phone)
(512) 916-5854 (fax)

CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of November 2022, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participants:

Leonard Bradt   Attorney for Defendant Brandi Campbell
Tracy Cluck     Stand-by Counsel for Defendant Donovan Smith

I hereby certify that on the 17th day of November 2022, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following *pro se* defendant:

Donovan Smith
61941
1601 Mills St.
Bastrop Texas 78602

By: /s/ *Sharon Pierce*
    Sharon Pierce
    Assistant United States Attorney