UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**
NOV 30 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

United States of America,

v.   Criminal No. 1·19·CR·213·RP

Donovan Smith

## NOTICE OF APPEAL

Notice is hereby given that Defendant Donovan Smith proceeding pro se in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the final judgement entered in this action on the 18th day of November, 2022.

pg. 1

Respectfully Submitted,

*[signature]*

Donovan M. Smith pro se
61941
1601 Mills St.
Bastrop, TX. 78602

    I am an inmate confined in an institution. Today, November 26, 2022, I am depositing the "Notice of Appeal" in this case in the institution's internal mail system. First-class postage is being prepaid either by me or by the institution on my behalf.

    I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*

Signed on November 26, 2022.

Donovan Smith
61941
1601 Mills St.
Bastrop, TX. 78602

Legal Mail

Clerk, United States District Court
Western District of Texas
United States Courthouse
501 W. 5th St. Suite 1100
Austin, TX 78701

RECEIVED BY CSO
NOV 30 2022

AUSTIN TX 786
RIO GRANDE DISTRICT
25 NOV 2022 PM 2 L

78701-381275