November 27, 2022

Clerk of the Court,

I am requesting if possible the return of the exhibits I submitted to the Court on November 17, 2022 during my sentencing hearing, (DKT. #315: 1.19.CR.213.RP). Copies would suffice if no other alternative exists. I do not need the sealed character letter or photos as referenced in DKT. #316. The other exhibits are discovery and my only copies. This discovery is important as it pertains to pending criminal charges and is necessary for my defense. Please forgive my inability to make copies for the Court due to my status and incarceration.

pg. 1

Also, could you please send me a copy of the "Sealed Statement of Reasons", (DKT. # 320). This document is necessary for the appeal.

Thank you for your time and consideration in this matter.

Sincerely,

*[signature]*

Donovan M. Smith pro se
61941
1601 Mills St.
Bastrop, TX. 78602