UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| vs. | § § | NO:  AU:19-CR-00213(1)-RP |
| (1) Donovan Smith | § § | |

**ORDER SETTING HEARING**

IT IS HEREBY ORDERED that the above entitled and numbered case is set for Hearing on Defendant's **MOTION TO WITHDRAW AND APPOINT COUNSEL (Dkt. 329)** on Thursday, December 08, 2022 at 10:00 AM, in Courtroom No. 3 on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable.  Further, counsel for the defendant shall notify the defendant of this setting.  If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this **5th day of December, 2022.**

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE