

PHILIP J. DEVLIN
CLERK OF COURT

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS**
501 West Fifth Street, Suite 1100
Austin, Texas 78701

ANNETTE FRENCH
CHIEF DEPUTY

**December 8, 2022**

Donovan Smith
#61941 Bastrop County Jail
1601 Mills Street
Bastrop, Texas 78602

Re:   Transcript Order for Appeal Filed
      1:19-cr-213(1) RP
      USA v. Donovan Smith

Dear Appellant;

Your **Notice of Appeal** has been transmitted to the Fifth Circuit Court of Appeals.

Pursuant to Rule 10.1 of the Fifth Circuit's Federal Rules of Appellate Procedure, appellants are required to order transcripts of proceedings in their case within 14 days of filing a Notice of Appeal. If no transcript is needed, the appellant is required to file an order form indicating that no transcript is required.

Requests for cases appealed to the Fifth Circuit should be completed using the **Fifth Circuit Court of Appeals Transcript Order** form. Instructions are included on page 2 of the form.

A separate transcript order form must be completed for each court reporter so please request a transcript form for each court reporter.

Thank you,

KW.
Operations Clerk
Enclosure: Docket Sheet
           3 Copies of the Transcript Order Form