

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### 501 West Fifth Street, Suite 1100
### Austin, Texas 78701

**PHILIP J. DEVLIN**
**CLERK OF COURT**

**ANNETTE FRENCH**
**CHIEF DEPUTY**

**February 16, 2023**

Donovan Smith
8-21-71   #23198930
Williamson County Jail
PO Box 2119
Georgetown, Texas 78627

      RE:    USDC: 1:19-cr-213 (1) RP
                 *USA v. Donovan Smith*
                 USCA: 22-51047

Dear Mr. Smith;

    Your appeal record has been certified with the Fifth Circuit Court of Appeals and a copy of the appeal record is enclosed (this is envelope 1 of 7). This record is strictly for the purpose of working on your briefs to the Fifth Circuit for the captioned appeal.

    As this is a voluminous record (3,216 pages), it being transmitted to you in seven individual mailings. The envelopes will be clearly marked.

    This record includes the following documents:

- Public Documents
- Public Hearing Exhibits
- Pre-Sentence Investigation Report (initial and final)
- Transcript
- Statement of Reason

    The court notes that your appeal record also contains video exhibits from the Docket Call and Pending Motions Hearing on September 10, 2021. As I am unable to send you a DVD or flash drive, I have spoke with your standby counsel, Mr. Lynch, and he has assured me that he will discuss gaining access, if you need it, with you.

    Upon completion of your appeal, this record should be destroyed.

Sincerely,

/s/
by: Deputy Clerk/kw
Enc.